Dirk O. Julander, Bar No. 132313
  doj@jbblaw.com
M. Adam Tate, Bar No. 280017
  adam@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

JS-6

Attorneys for Plaintiffs
To Be Limited Partnership and James Power

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TO BE LIMITED PARTNERSHIP, an Arizona limited partnership;<br><br>Plaintiff,<br><br>vs.<br><br>JUDE HUDSON, an individual; ROSALIE HUDSON, an individual; nominal defendant PARAGON TECHNOLOGY & DEVELOPMENT, INC., a Delaware corporation; nominal defendant GATSBY ENTERPRISES, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03238-JFW-MAA<br><br>ORDER RE<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 7, 2020<br>Trial Date: Vacated<br><br>[*Hon. John H. Walter*] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs To Be Limited Partnership and James Power and Defendants JUDE HUDSON, ROSALIE HUDSON, nominal Defendants PARAGON TECHNOLOGY & DEVELOPMENT, INC., and GATSBY ENTERPRISES, INC. (collectively "parties"), through their respective attorneys, hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Local Rule 41 as follows:

1. The parties, by and through their undersigned counsel, having amicably settled their dispute, hereby stipulate and agree to dismiss this action in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

2. Plaintiffs hereby dismiss with prejudice the lawsuit entitled *ToBe Limited Partnership v. Jude Hudson, et al.* (C.D. Cal. Case No. 2:20-cv-03238) ("Derivative Action").

3. Defendants hereby dismiss with prejudice the lawsuits entitled *Paragon Technology & Development, Inc. v. To Be Limited Partnership, Harvey Belfer, and Todd Belfer* (C.D. Cal. Case No. 2:21-cv-02547) ("TBL Action") and *Paragon Technology & Development, Inc. v. James Power, et al.* (C.D. Cal. Case No. 2:21-cv-01460) ("Power Action").

RESPECTFULLY SUBMITTED,

DATED:  January 4, 2022     **JULANDER, BROWN & BOLLARD**

By:     /s/ M. Adam Tate
Dirk Julander
M. Adam Tate
Attorneys for Plaintiffs, To Be Limited Partnership and James Power

DATED:  January 4, 2022     **DYKEMA GOSSETT LLP**

By:    /s/ Jeffrey G. Huron
Jeffrey G. Huron
Thi H. Ho
Attorneys for Defendants
JUDE HUDSON and ROSALIE HUDSON

| | | |
|---|---|---|
| 1 | DATED: January 4, 2022 | **MACIAS COUNSEL, INC.** |
| 2 | | By: /s/ Sean Macias |
| 3 | | SEAN MACIAS |
| 4 | | Attorneys for Nominal Defendants PARAGON TECHNOLOGY & |
| 5 | | DEVELOPMENT, INC. and GATSBY ENTERPRISES, INC. |

IT IS SO ORDERED

Date: January 4, 2022

*[signature]*

Hon. John F. Walter

1       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeffrey G. Huron, Esq., counsel for Defendants Jude Hudson and Rosalie Hudson and Sean Macias, Esq., counsel for Nominal Defendants Paragon Technology & Development, Inc. and Gatsby Enterprises, Inc.  I have obtained Messrs. Huron's and Macias' authorization to affix their electronic signatures to this document.

                                                             /s/ M. Adam Tate
                                            Dirk Julander
                                            M. Adam Tate
                                            Attorneys for Plaintiffs,
                                            To Be Limited Partnership and
                                            James Power

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2022, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Dirk O. Julander*
Dirk O. Julander